IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| R. WAYNE JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:26cv1 |
| HOLLIS HORTON, ET AL. | § | |

**MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff R. Wayne Johnson, an inmate at the Jester III Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought the above-styled lawsuit.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the action without prejudice pursuant to sanctions imposed by the United States District Court for the Northern District of Texas.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed no pleading titled as objections. However, plaintiff did file a motion for writ of mandamus [Dkt. 13] which is liberally construed as objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes plaintiff's objections are generally unresponsive to the Report and are without merit for the reasons set forth in the Report.

<u>O R D E R</u>

Accordingly, plaintiff's objections are OVERRULED.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 18th day of May, 2026.**

_____
Michael J. Truncale
United States District Judge